Eastern District of Kentucky
FILED
DEC 02 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 5:21-CR-131-DCR

**BRANDON J. FRANCIS**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 922(g)(1)**

On or about October 13, 2020, in Fayette County, in the Eastern District of Kentucky,

**BRANDON J. FRANCIS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Springfield Arms, Model – Steven Model 94 variation, 12-gauge, weapon made from shotgun, that was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

**COUNT 2**
**26 U.S.C. § 5861(d)**

On or about October 13, 2020, in Fayette County, in the Eastern District of Kentucky,

**BRANDON J. FRANCIS,**

knowingly received and possessed a firearm, a Springfield Arms, Model – Steven Model 94 variation, 12-gauge, weapon made from shotgun, not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not more than 10 years imprisonment, not more than $250,000 fine, and not more than 3 years supervised release.

**If an armed career criminal**: Not less than 15 years nor more than life imprisonment, $250,000 fine, and not more than 5 years supervised release.

**COUNT 2:** Not more than 10 years imprisonment, not more than $10,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.