# UNITED STATES DISTRICT COURT

Eastern District of Kentucky – Central Division at Lexington

UNITED STATES OF AMERICA
v.

Brandon J. Francis

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case No. 5:21-CR-131-REW-01

USM No. 23441-510

Pamela Dae Perlman
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to alleged violations 1-2 of the terms of supervision.

☐ was found in violation of condition(s) counts(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Use of a controlled substance | September 10, 2026 |
| 2 | Commission of a crime/Possession of controlled substance (844(a)) | September 10, 2026 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2605

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:
Lexington, Kentucky

November 10, 2026
Date of Imposition of Judgment

RW
Signature of Judge

Honorable Robert E. Wier, U.S. District Judge
Name and Title of Judge

11.10.2026
Date

DEFENDANT: Brandon J. Francis
CASE NUMBER: 5:21-CR-131-REW-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a total term of:

**THREE (3) MONTHS**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________ ☐ a.m. ☐ p.m. on ____________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ____________________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ____________________ to ____________________

at ____________________ with a certified copy of this judgment.

____________________
UNITED STATES MARSHAL

By ____________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Brandon J. Francis
CASE NUMBER: 5:21-CR-131-REW-01

## SUPERVISED RELEASE

Per the Court's Order adopting Judge Stinnett's recommendation, *see* DE 58, the Court returns Brandon J. Francis to supervision, post custody, for a prospective twelve (12) month term of supervision. The same conditions shall apply from the original judgment, *see* DE 30, subject to the specified modifications in Defendant's first revocation judgment, *see* DE 47, and with the granular suggestions by Judge Stinnett as to testing frequency and consideration of out-patient substance use treatment.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature ______________________________ Date ____________________